IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CRIMINAL NO. 24-20 |
| ISMAEL TERRERO-TERRERO | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by its attorneys David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Maureen McCartney, Assistant United States Attorney, respectfully files this sentencing memorandum regarding defendant Ismael Terrero-Terrero.

**I.**     **BACKGROUND**

On July 30, 2024, a Grand Jury sitting in the Eastern District of Pennsylvania returned an indictment in case number 24-CR-20 against the defendant, Ismael Terrero-Terrero, charging him with theft of firearms from a federal firearm licensee, in violation of 18 U.S.C. §922(u) (Counts One through Three), possession of a stolen firearms, in violation of 18 U.S.C. § 922(j) (Count Four), and possession of a machine gun, in violation of 18 U.S.C. § 922(j) (Count Five). On January 22, 2025, Terrero-Terreo pled guilty to Counts One through Four[1] of the indictment in accordance with a guilty plea agreement. A sentencing hearing has been scheduled for May 6, 2025, at 2:00 p.m. before the Honorable Timothy J. Savage.

The government explains below its view of the proper consideration in this case of the advisory guideline range and of the Section 3553(a) factors, which support a sentence of 63 months, a three-year period of supervised release, a $400 special assessment, $26,798.00

---

1 The Government will move to dismiss Count Five at the sentencing hearing.

restitution, and a fine, if any, to be determined by the Court.

II.   **FACTS OF THE CASE**

    A.   **507 Outfitters Burglary**

On April 28, 2023, ATF was notified of a burglary that occurred at 507 Outfitters, a Federal Firearms Licensee located at 1000 Belmont Street, Easton, Pennsylvania. Surveillance video from 507 Outfitters showed that, at approximately 2:40AM, the defendant, wearing an Ecko Unlimited camo hooded sweatshirt, entered the storeroom by way of the door on the west side of the building and immediately began taking AK style pistols and AR style rifles off the wall located on the north side of the building. He then took a pry bar that he had used to get into the building to break three (3) glass display cases that contained pistols, placing the stolen guns into a bag before exiting the building on the west side. Stolen during this burglary were the following 29 firearms, all of which were in the inventory of 507 Outfitters:

1. Glock, Model: 19, 9mm Pistol, SN: BTCF671
2. Glock, Model: 26 Gen4, 9mm Pistol, SN: BCED626
3. Glock, Model: 48, 9mm Pistol, SN: BVDX183
4. Glock, Model: 19 Gen5, 9mm Pistol, SN: BHNX580
5. Glock, Model: 19X, 9mm Pistol, SN: BWZM858
6. Glock, Model: 34 Gen5, 9mm Pistol, SN: BNLA093
7. Glock, Model: 31, .357 Sig caliber Pistol, SN: MVZ192
8. Glock, Model: 48, 9mm Pistol, SN: BYYT303
9. Glock, Model: 45, 9mm Pistol, SN: BTUP094
10. Glock, Model: 45, 9mm Pistol, SN: AFSS521
11. Glock, Model: 48, 9mm Pistol, SN: BUKH528
12. Glock, Model: 17 Gen5, 9mm Pistol, SN: BGME607
13. Glock, Model: 34 Gen4, 9mm Pistol, SN: AGXN654
14. Glock, Model: 45, 9mm Pistol, SN: BTGV172
15. Glock, Model: 45, 9mm Pistol, SN: BPBS496
16. Glock, Model: 19, 9mm Pistol, SN: BUPK713
17. Glock, Model: 26, 9mm Pistol, SN: MPG219
18. Glock, Model: 43X, 9mm Pistol, SN: BXBU543
19. Glock, Model: 17C Gen4, 9mm Pistol, SN: AHPL342
20. Glock, Model: 47, 9mm Pistol, SN: BZLL925

21. Glock, Model: 19C Gen4, 9mm Pistol, SN: AHNR166
22. Century Arms, Model: Micro Draco, 7.62 X 39mm Pistol, SN:22PMD-29331
23. Century Arms, Model: VSKA, 7.62 X 39mm Rifle, SN: SV7125541
24. Zastava, Model: ZPAP92, 7.62 X 39mm Pistol, SN: Z92-105164
25. Smith & Wesson, Model: M&P15 Sport II, 5.56mm Rifle, SN: TV22879
26. Century Arms, Model: WASR-10, 7.62 X 39mm Rifle, SN: 22A1-98842
27. Glock 31 Gen 4 .357 pistol S/N PTX212
28. Glock 32 Gen 4 .357 pistol S/N BEXU665
29. Glock 42 .380acp pistol S/N ACPS363

B. **Eastern Arms and Outfitters**

On June 29, 2023, at approximately 1:55AM, law enforcement officers were dispatched to Eastern Arms and Outfitters, a Federal Firearms Licensee, located at 1475 Main Street, Catasauqua, Pennsylvania, for a report of a security alarm activation. Upon arrival, law enforcement determined that forced entry into the building had occurred through a garage door. A preliminarily review of the surveillance video captured from the FFL's interior and exterior video system showed that at approximately 1:32 AM., two subjects, one later identified as the defendant, used a saw tool to cut a hole in the garage door. At approximately 1:55 AM, the subjects made entry into Eastern Arms and Outfitters through the garage door. The subjects broke the firearm display cases with a metal tool and took handguns from the display case and put them into a backpack. They then ran out of the business and fled in what appeared to be an Acura TL[2]. Stolen during this burglary were the following 44 firearms, all of which were in the inventory of Eastern Arms and Outfitters:

---

[2] Mr. Terrero-Terrero was the registered owner of a 2008 Acura TL with Pennsylvania tag LWX-6086 and a Vehicle Identification Number (VIN) of 19UUA66218A053615.

1. Anderson Mfg AM-15 multi-caliber receiver S/N 21041932
2. Taurus 856 9mm revolver S/N ADB941225
3. Taurus Judge 45LC/410 revolver S/N ADB988885
4. Taurus 605 .357 Magnum revolver S/N ABJ913044
5. Taurus Raging Hunter .357 Magnum revolver S/N ADC068474
6. Taurus Judge 45LC/410 revolver S/N ADC139000
7. Taurus Public Defender 45LC/410 revolver S/N ACN764117
8. Taurus PT-92AF 9mm pistol S/N THL56558
9. Taurus 84 .38spl revolver S/N 716831
10. AR USA ST9 9mm pistol S/N T1102-19AC00337
11. SAR USA SAR9 9mm pistol S/N T1102-21BV85046
12. SAR USA SAR9 9mm pistol S/N T1102-21BV86028
13. SAR USA ST9BL 9mm pistol S/N T1102-19AC00148
14. SAR USA B6C 9mm pistol S/N T1102-21G60966
15. Springfield 1911 EMP 9mm pistol S/N EMP65730
16. Springfield XDM-E .45acp pistol S/N BB104427
17. Springfield Hellcat 9mm pistol S/N BB339044
18. Springfield Garrison 9mm pistol S/N NM797415
19. Ruger LCR .38spl revolver S/N 1543-24007
20. Ruger SP101 .357 Magnun revolver S/N 578-41440
21. EAA Girsan 9mm pistol S/N T6368-20A13815
22. Beretta 92 .40S&W pistol S/N TY06567
23. FNH 509C 9mm pistol S/N GKS0254651
24. H&K VP9 9mm pistol S/N 224-336982
25. H&K P30S 9mm pistol S/N 129-105774
26. Smith & Wesson M&P Bodyguard .38spl revolver S/N CVW3703
27. Colt King Cobra .357 Magnum revolver RA278743
28. CZ P10C 9mm pistol S/N G183678
29. Canik SFX Rival 9mm pistol S/N 23CM07991
30. Canik TP9SFX 9mm pistol S/N 22BC02056
31. Canik TP9SF 9mm pistol S/N 22AT17285
32. Glock 48 9mm pistol S/N CAFT128
33. Glock 43X 9mm pistol S/N BYWW140
34. Glock 26 Gen 5 9mm pistol S/N AFHR339
35. Glock 17 Gen 5 9mm pistol S/N BZZV009
36. Glock 45 9mm pistol S/N BVMW428
37. Glock 30 .45acp pistol S/N BXHU067
38. Glock 19 Gen 5 9mm pistol S/N BGPL724
39. Glock 19 Gen 5 9mm pistol S/N BYUG662
40. Glock 23 Gen 5 .40S&W pistol S/N BYWG581
41. Glock 21 Gen 4 .45acp pistol S/N AGUU136
42. Glock 40 Gen 4 10mm pistol S/N BYHP532
43. Glock 17 Gen 5 9mm pistol S/N BENU576
44. Shadow Systems MR920 9mm pistol S/N SSC096508

The defendant's DNA was found in blood recovered at the scene.

### C. DB Firearms

On August 11, 2023, at approximately 4:16AM, the Telford Police Department in Telford, Pennsylvania received a notification of a burglar alarm activation at DB Firearms, a Federal Firearms Licensee, located at 261 W Broad Street, Telford, PA, 18969. At approximately 4:19AM, a police officer with the Telford Police Department arrived at the location, and immediately observed a male carrying a duffle bag entering the passenger seat of a black Honda CR-V SUV, bearing Pennsylvania license plate MCZ-5603 which was parked on N. 3rd Street across from DB Firearms. This CR-V immediately began to flee from the officer. The pursuit of this vehicle was terminated a short time later consistent with Telford Police Department policy. The male and the black Honda CR-V were both captured on video on the Telford Police Officer's vehicle dash camera. Upon examination of the scene and review of video surveillance footage, investigators determined that two individuals, the defendant and Miguel Gomez-Ramirez, had forced entry into DB Firearms by breaching the front door and security gate with a hammer and bolt cutters then smashed multiple display cases containing numerous firearms. The defendant and Mr. Gomez-Ramirez then loaded numerous firearms into a large bag and a rolling suitcase and carried them out of the store. Stolen during this burglary were the following 82 firearms, all of which were in the inventory of DB Firearms:

1. Armscor, GI, 45 ACP pistol, S/N RIA2680109
2. Bersa, Thunder 380, 380ACP pistol, S/N M49107
3. Canik, Mete SFT, 9MM pistol, S/N 22CC36769
4. Canik, Mete SXF, 9MM pistol, S/N 22BY03664
5. Century Arms Inc. – C.A.I., Mete MC9, 9MM pistol, S/N 23CT32606
6. CZ-USA, P-10, 9MM pistol, S/N F122599

7. CZ-USA, P-10, 9MM pistol, S/N F117691
8. FN America, FNX-45T, 45 ACP pistol, S/N FX3U177166
9. FN America, PS90, 5.7x28M rifle, S/N FN157036
10. FN Herstal Firearms, Reflex, 9MM pistol, S/N CCW0011476
11. Girsan, MC 1911 S XLV, 45 ACP pistol, S/N T6368-22AB07975
12. Girsan, MC28SA, 9MM pistol, S/N T6368-21AV05798
13. Girsan Firearms, MC1911 S Negotiator, 45ACP pistol, S/N T6368-23AB01397
14. H&K, P30S, 9MM pistol, S/N 129-111893
15. H&K, P30SKS, 9MM pistol, S/N 214-055033
16. H&K, P30SKS, 9MM pistol, S/N 214-055064
17. Kahr Arms, CM, 9MM luger pistol, S/N G028629
18. Kahr Arms, CM 9, 9MM pistol, S/N G029472
19. Kahr Arms, T9-2, 9MM pistol, S/N G009924
20. LWRC International Arms, IC-DI 556, 5.56MM rifle, S/N 5AN00607
21. LWRC International Arms, IC-DI 556, 5.56MM rifle, S/N 5AN00622
22. Rock Island Armory – RIA, Rock Standard FS Cerakote, 45ACP pistol, S/N RIA2695946
23. Ruger, LCP, 380 ACP pistol, S/N 379064074
24. Ruger, LCP II, 380ACP pistol, S/N 380679127
25. Ruger, LCR, 9MM pistol, S/N 1541-86752
26. Ruger, MAX-9, 9MM pistol, S/N 350112396
27. Ruger, MAX-9, 9MM pistol, S/N 350112392
28. SAR, SAR9, 9MM pistol, S/N T1102-21BV32875
29. SAR, SAR9, 9MM pistol, S/N T1102-21BV91790
30. SCCY Industries, CPX2, 9MM pistol, S/N C183462
31. SDS Imports, PX-9, 9MM pistol, S/N T062022DC05248
32. Shadow Systems, XR920, 9MM pistol, S/N SSX045685
33. Springfield, Garrison, 45ACP pistol, S/N NM839669
34. Sig Sauer, P220, 45ACP pistol, S/N 37F007299
35. Sig Sauer, P320, 9MM pistol, S/N M18A085509
36. Sig Sauer, P320, 9MM pistol, S/N 58H290197
37. Sig Sauer, P320, 10MM pistol, S/N 58J520848
38. Sig Sauer, P320, 9MM luger pistol, S/N 58J529430
39. Sig Sauer, P320, 9MM luger pistol, S/N 58H31704
40. Sig Sauer, P320 M17, 9MM pistol, S/N M17A091090
41. Sig Sauer, P365, 380ACP pistol, S/N 66F093975
42. Sig Sauer, P365 Rose, 9MM pistol, S/N 66F682475
43. Sig Sauer, P365 X Optic Ready, 9MM pistol, S/N 66F701399
44. Smith & Wesson, 642, 38 Special revolver, S/N DRN8334
45. Smith & Wesson, CSX, 9MM pistol, S/N SEB6458
46. Smith & Wesson, M&P Bodyguard 380, 38 S&W revolver, S/N CVX5694
47. Smith & Wesson, M&P 380 Shield EZ, 380 ACP pistol, S/N REZ9315
48. Smith & Wesson, M&P 45, 45 ACP pistol, S/N NLR1412

49. Smith & Wesson, M&P 5.7, 5.7x28MM pistol, S/N PJU6511
50. Smith & Wesson, M&P 9 M2.0, 9MM pistol, S/N NLW7481
51. Smith & Wesson, M&P 9 M2.0, 9MM pistol, S/N NLU9840
52. Smith & Wesson, EZ Shield 380 M2.0 NTS, 380ACP pistol, S/N RFC0913
53. Smith & Wesson, M&P FPC, 9MM luger rifle, S/N VA24559
54. Smith & Wesson, M&P10MM M2.0, 10MM pistol, S/N NMX2271
55. Smith & Wesson, M&P10MM M2.0 Performance Center, 10MM pistol, S/N NMW1886
56. Smith & Wesson, M&P9, 9MM pistol, S/N SBL2509
57. Smith & Wesson, M642, 38 special pistol, S/N DRC7433
58. Smith & Wesson, SD9VE, 9MM pistol, S/N FDB0936
59. Smith & Wesson, SD9VE, 9MM pistol, S/N FDP9673
60. Smith & Wesson, SD9VE (022223), 9MM pistol, S/N FDZ4196
61. Springfield, 1911, 45 ACP pistol, S/N NM793451
62. Springfield, 1911, 45 ACP pistol, S/N NM829225
63. Springfield, Hellcat, 9MM pistol, S/N BB372430
64. Springfield, Hellcat OSP, 9MM pistol, S/N BE123056
65. Springfield, Hellcat PRO, 9MM pistol, S/N BB00166
66. Springfield, Hellcat PRO, 9mm pistol, S/N BB460149
67. Springfield, Prodigy, 9MM pistol, S/N NMH53507
68. Springfield, Prodigy, 9MM pistol, S/N NMH41281
69. Springfield, XDME, 9MM pistol, S/N BA262143
70. Springfield, XDME, 10MM pistol, S/N BB483467
71. Springfield, XDS, 9MM pistol, S/N BB418631
72. Springfield Armory, 1911, 45 ACP pistol, S/N NM836476
73. Springfield Armory, Hellcat, 9MM luger pistol, S/N BE180304
74. Springfield Armory, SA-35, 9MM pistol, S/N HP22611
75. Taurus, G2C, 9MM pistol, S/N AEB094001
76. Taurus, G3, 9MM pistol, S/N ADB77514
77. Taurus, G3C, 9MM pistol, S/N ACM619894
78. Taurus, G3XL, 9MM pistol, S/N ADB986636
79. Tisas, 1911, 45 ACP pistol, S/N T0620-22Z41824
80. Walther Arms Inc., Q4, 9MM pistol, S/N FDH4720
81. American Tactical Imports, Model Firefly, 22LR pistol, S/N F483651
82. Anderson, Kiger 9C, 9MM pistol, S/N 229000914

Investigators queried Pennsylvania Department of Transportation records, which indicated that Pennsylvania license plate MCZ-5603 (the tag on the fleeing CR-V) was registered to P.Q., a resident of Allentown. Pennsylvania. On August 11, 2023, investigators investigated P.Q. and determined that they were not involved in the burglary of DB Firearms and also that

their Honda CR-V was substantially different in appearance than the Honda CR-V seen fleeing DB Firearms.  Further, investigators discovered that the screws that held the license plate and frame to P.Q.'s vehicle were barely in place, having been only half-way threaded into the vehicle. This discovery led investigators to conclude that, in an effort to misdirect investigators in the event the Honda CR-V was observed by law enforcement or other witnesses during the commission of the burglary, P.Q.'s license plate was removed from her Honda CR-V prior to the burglary of DB Firearms, placed on the Honda CR-V used in the burglary, and later placed back on P.Q.'s vehicle after the burglary.

On September 2, 2023, investigators queried Pennsylvania Department of Transportation records, which indicated that Ismael Terrero-Terrero was the registered owner of a 2009 Honda CR-V with Pennsylvania tag LRP-9130 and a Vehicle Identification Number (VIN) of JHLRE487X9C016741.  Later, the investigation confirmed that it was Mr. Terrero-Terrero's Honda CR-V that was captured on the dashcam from Telford police officers as well as numerous license plate reader cameras in the area of DB Firearms at the time of the burglary.

Additionally, cell site analysis showed that Mr. Terrero-Terrero's cell phone was in the location of all three burglaries at the time of the crimes.

During this investigation, investigators learned that Mr. Terrero-Terrero was connected to two properties in Bethlehem Pennsylvania; an apartment located at 429 Hayes Street, Unit 204, Bethlehem, Pennsylvania, and his family's residence located at 710 Wyandotte Street, Bethlehem, Pennsylvania.  Cell site analysis showed that he visited both of those properties in the hours immediately after the burglary of DB Firearms on August 11, 2023.

On October 3, 2023, federally authorized search warrants were executed on both properties associated with the defendant as well as his two vehicles.  Numerous items were

recovered from the two properties, including bags with broken glass and firearm display stands. From the defendant's apartment that he shared with his girlfriends and young child, investigators located the following firearms, all of which had been stolen from either 507 Outfitters, Eastern Arms and Outfitters, or DB Firearms:

1. LWRC M6 5.56x45mm rifle S/N 5AN00607
2. Century Arms International Micro Draco 7.62x39mm pistol S/N 22PMD-29331
3. Shadow Systems XR920 9x19mm pistol S/N SSX045685
4. Taurus G3C 9x19mm pistol S/N ACM619894
5. Taurus G2C 9x19mm pistol S/N AEB094001
6. Girsan MC 1911 C XLV .45acp pistol S/N T6368-22AB07975
7. Armscor/RIA M1911-Al FS .45acp pistol S/N RIA2695946
8. Bersa Thunder 380 .380acp pistol S/N M49107
9. Armscor/RIA M1911A1 FS .45acp pistol S/N RIA2680109
10. Ruger Ruger-57 5.7x28mm pistol S/N 643-51025
11. Glock 40 Gen4 10mm pistol S/N BLHP532
12. Glock 19X 9x19mm pistol S/N BWZM858
13. Kahr Arms/Auto Ordnance CM9 9x19mm pistol S/N G029472
14. Taurus 605 .357 Magnum revolver S/N ABJ913044

Additionally, the investigators also recovered a Glock 23 .40 S&W pistol, SN BSYK828, which was affixed with a machine gun conversion device that rendered it fully automatic.

### III. LEGAL STANDARD

This Court must follow a three-step process when sentencing a defendant: (1) calculate the defendant's guideline sentence, (2) formally rule on any departure motions and state how any departure affects the defendant's guideline calculation, and (3) exercise discretion by separately considering the relevant factors outlined in 18 U.S.C. § 3553(a) when setting the sentence. *United States v. Gunter*, 462 F.3d 237, 247 (3d Cir. 2006).

At the third step of the sentencing process, the Court must consider the advisory guideline range along with all the pertinent § 3553(a) factors in determining the final sentence. "The record

must demonstrate the trial court gave meaningful consideration to the § 3553(a) factors. . . . [A] rote statement of the § 3553(a) factors should not suffice if at sentencing either the defendant or the prosecution properly raises 'a ground of recognized legal merit (provided it has a factual basis) and the court fails to address it." *United States v. Cooper*, 437 F.3d 324, 329-30 (3d Cir. 2006) (citations omitted).

The government explains below its view of the proper consideration in this case of the advisory guideline range and of the Section 3553(a) factors, which support a sentence of 63 months, a three-year period of supervised release, a $400 special assessment, $26,798.00 restitution, and a fine, if any, to be determined by the Court.

IV.   **SENTENCING CALCULATION**

   A.   **Statutory Maximum Sentence**

On Counts One through Three of the indictment (theft of a firearm from a federal firearm licensee) the maximum possible sentence for each count is 10 years' imprisonment, three years of supervised release, a fine of $250,000, a 100 special assessment, and restitution.

On Count Four of the indictment (possession of a stolen firearm) the maximum possible sentence is 10 years' imprisonment, a $250,000 fine, three years of supervised release, a fine of $250,000, and a $100 special assessment.

The total maximum sentence is 40 years' imprisonment, three years of supervised release, a $1,000,000 fine, and a $400 special assessment. Full restitution of as much as $$26,798.00 should also be ordered.

   B.   **Sentencing Guidelines Calculation**

For the offenses of conviction, the presentence report correctly determined that the base offense level, under § 2K2.1(a)(7) of the Sentencing Guidelines is 12. PSR ¶ 36. Pursuant to

2K.2.1(b)(1)(D), that level is increased by eight levels because the offense involved between 100-199 firearms. PSR ¶ 37. An additional two levels are added pursuant to 2K2.1(b)(4)(A) since every gun was stolen. PSR ¶ 38. Finally, pursuant to 2K2.1(b)(6)(B) four levels are added because the defendant possessed each firearm in connection with another felony. PSR ¶ 39. Consequently, the adjusted offense level was correctly determined to be a 26. PSR ¶ 43. After subtracting a total of three levels for acceptance of responsibility (2 levels), and the defendant's timely notification of his intention to plead guilty (1 level) the PSR writer determined the total offense level was 23. PSR ¶¶ 45-47.

The defendant was adjudicated delinquent for a burglary and placed in juvenile detention, resulting in two Criminal History points. PSR ¶ 48. Thus, his Criminal History Category in II.

The applicable guideline range for an offense level of 23 and a criminal history category of II is 51-63 months' imprisonment. PSR ¶ 95.

## V.      GOVERNMENT'S RECOMMENDATIONS CONCERNING SENTENCING

### A.      Sentencing Factors

A thorough consideration of all of the sentencing factors set forth in 18 U.S.C. § 3553(a) suggests that the parties' recommended sentence is an appropriate sentence in this case. The Court must consider all of the sentencing considerations set forth in § 3553(a). Those factors include: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (3) the need to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant; (4) the need to provide the defendant with educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the guidelines and policy statements issued

by the Sentencing Commission; (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (7) the need to provide restitution to any victims of the offense. 18 U.S.C. § 3553(a).

### B. Application

The relevant § 3553(a) factors will be discussed in turn.

#### 1. The Nature and Circumstances of the Offense

The instant offenses were incredibly serious. The defendant committed three separate burglaries during which he stole an astonishing 157 firearms. 14 of those stolen guns were located at the defendant's residence which he shared with his young child. Four others, stolen from DB firearms, were located at co-defendant Miguel Gomez Ramirez's residence. That means that 139 firearms were put into communities, likely in the hands of people who should not possess them. As this Court is well aware, gun violence is ravishing communities all over the country, including our own city. Now as a direct result of the defendant's actions, 139 illegal guns are in communities. The results of his crimes could have devastating consequences. Indeed, they already have as evidenced by the recoveries at various crime scenes at various locations. To date the following firearms have been recovered:

**Stolen from DB Firearms**

1) **SARSILMAZ (SAR ARMS) SAR 9 9mm pistol S/N T1102-21BV91790** - Recovered by the Miami-Date Police Department on 12/16/23 in Hialeah, Florida in relation to an armed robbery

2) **Smith & Wesson M&P 380 Shield EZ M2.0 .380 pistol S/N RFC0913** – Recovered by the New York Police Department on 11/19/23 during a traffic stop in New York, New York from a vehicle occupied by five individuals, three of whom were juveniles. Also recovered from the vehicle was a second firearm

3) **Springfield XDME 9mm pistol S/N BA262143** – Recovered by the New York Police Department on 01/11/24 following an armed robbery in New York, New York

4) **Springfield Hellcat Pro 9mm pistol S/N BB460149** – Recovered by the Allentown Police Department on 01/05/24 following the shooting of a male in Allentown, PA. Allentown PD arrested a convicted felon related to possession of this firearm

5) **Smith & Wesson M&P 10mm pistol S/N NMW1886** – Recovered on 02/22/24 by law enforcement in Bronx, New York during the attempted armed robbery of an undercover law enforcement officer who was simulating the sale of a large quantity of purported narcotics. Four individuals were arrested and a second firearm was also recovered.

6) **Smith & Wesson M&P 2.0 9x19mm pistol S/N NLW7481** – Recovered on 03/20/24 by the Irvington Police Department in Irvington, NJ following a car stop related to potential vehicle theft. One male was arrested related to illegally carrying the firearm and quantities of alleged cocaine, ecstasy, and promethazine were recovered from the vehicle.

7) **Smith & Wesson CSX 9mm pistol S/N SEB6458** – Recovered on 03/27/24 by the New York City Police Department in Bronx, New York following a call of a person with a gun. During this incident 3 additional firearms and a large quantity of alleged cocaine were recovered from a residence.

8) **Canik METE SFT 9mm S/N 22CC36769** – Recovered on May 2, 2024, by the NYPD in Queens, New York, during a car stop of a vehicle matching the description regarding a "shots fired" incident. Two other firearms were also recovered from the vehicle, and four males were arrested.

9) **SCCY CPX-2 9mm pistol S/N C183462** – recovered by Newark Police Department in Newark, New Jersey, on November 27, 2024, at the scene of a car accident/DUI, after a female passenger fled from police with the firearm in her possession. Also recovered was a small quantity of narcotics.

10) **Springfield Armory Garrison 1911 .45acp pistol S/N NM839669** – recovered by NYPD in Queens, New York, on September 15, 2024, during inventory search of the vehicle an alleged gang associate had been sleeping in.

11) **S&W Bodyguard 38 .38Spl revolver S/N CVX5694** – Recovered by the NYPD in New York, New York, after responding to a "shots fired" call and observing suspected shooter discard the firearm during a foot pursuit. The suspect was arrested and charged with attempted murder. Police responded to reports of three shots being fired and discovered three spent shell casings in the revolver when it was recovered.

12) **Smith & Wesson 642 .38Spl revolver S/N DRN8334** – Recovered by the NYPD in Bronx, New York, on January 9, 2025, after suspect was observed conducting hand-to-hand drug sales. Firearm and narcotics were recovered from the suspect and his vehicle.

13) **Smith & Wesson M&P 2.0 10mm pistol S/N NMX2271; Springfield Prodigy 9mm pistol S/N NMH53507; and Ruger LCR 9mm revolver S/N 154186752** – All three firearms were recovered by U.S. and Dominican Customs on January 25, 2025, concealed in a shipment entering the Dominican Republic.

**Stolen from 507 Outfitters**

14) **Glock 17 Gen 5 9mm pistol S/N BGME607** – Recovered on 11/29/23 by police in Waterbury, Connecticut

15) **Pistol assembled from Glock 45 9mm pistol S/N BTGV172 frame and Glock 19 9mm pistol S/N BPBS496 slide (both these firearms were stolen from 507 Outfitters)** – Recovered on 08/05/23 by police in Waterbury, Connecticut following a foot chase of a juvenile, who had multiple prior juvenile convictions for felony crimes. Additionally, ballistic evidence has linked this firearm to a shooting incident in Waterbury, CT on 05/22/23 during which an unoccupied vehicle was struck by gunfire

16) **Glock 19 9mm pistol S/N BUPK713** – Recovered on 11/21/23 by police in Waterbury, Connecticut during a gang-related investigation. Ballistic evidence has subsequently linked this firearm to:
    a. **08/25/23** shooting of an unoccupied vehicle in Waterbury, CT
    b. **08/25/23** shooting of an occupied residence in Waterbury, CT
    c. **11/08/23** shooting of a residence in Waterbury, CT
    d. **11/08/23** shooting of an occupied residence in Waterbury, CT
    e. **11/12/23** armed robbery during which the victim was shot at, in Meriden, CT

17) **Glock 32 Gen4 .357 pistol S/N BEXU665** – Recovered by the New York Police Department on 05/28/23 in New York, New York during a car stop of two individuals. A quantity of suspected crack cocaine was also recovered during this incident.

18) **Glock 45 9mm pistol with lower receiver S/N BPBS496 and upper with S/N BTGV172** – Recovered on May 4, 2024, by police in Waterbury, Connecticut, after being surrendered by the uncle/aunt of a juvenile who said they had been threatened by their juvenile nephew and had taken the firearm from him.

**Stolen from Eastern Arms and Outfitters**

19) **Glock 23 Gen5 .40S&W pistol S/N BYWG581** – Recovered by the Allentown Police Department on 01/19/24 in Allentown, PA during a drug-related search warrant

20) **Glock 49 9mm pistol S/N CAFT128** – Recovered by the Puerto Rico State Police on 12/31/23 in Ponce, Puerto Rico during a vehicle stop

21) **Taurus Judge .45/.410 revolver S/N ADC139000** – On November 25, 2023, the NYPD responded to the shooting of a male in Brooklyn, New York. Firearm recovered on November 22, 2024, by the NYPD in Brooklyn.

There can be no dispute about the fact that the consequences of the defendant's actions will continue to be felt in many communities across several states.

Additionally, as detailed in the PSR, the defendant's crimes left the owner of 507 Outfitters devastated. He described it taking a year to be able to sleep through the night and described having to be prescribed anti-anxiety medication. Also, the owner of DB Firearms discussed how his wife suffered from post-traumatic stress disorder as a result of the burglary.

### 2. The History and Characteristics of the Defendant

The defendant was born and raised by his mother in the Dominican Republic. He eventually came to the United States when he was 13, eventually settling in Bethlehem. He described his childhood as "not easy" and discussed being bullied because of an arm deformity. He has two children, ages 2 and 1 from his relationship with his girlfriend.

These charges are not the first time that the defendant has been involved in stealing firearms. At age 17, he was involved in two burglaries, one of which involved the theft of 4 firearms, one of which he admitted selling. Despite being adjudicated delinquent and sent to juvenile placement, clearly the defendant did not learn a lesson. Now he has admitted to stealing a staggering 158 firearms.

He has struggled with mental health issues and substance abuse issues. He has expressed interest in participating in drug treatment while incarcerated. He has a sporadic work history.

   **3.  The Need for Sentence Imposed to Reflect Seriousness of the Offense, Promote Respect for Law, and Provide Just Punishment**

There is a strong need to impose a custodial sentence that reflects the seriousness of these offenses, promotes respect for U.S. laws, and provides just punishment. The defendant's conduct in this case supports a significant sentence of imprisonment. The government's recommended term of incarceration, 63 months is the top of the guidelines, guidelines that do not adequately reflect the seriousness of the crimes. It is the government's hope that this term of imprisonment will help to instill respect for the law and reflect the seriousness of the case upon the defendant.

   **4.  The Need for Adequate Deterrence and Protection of Public**

The need for adequate deterrence of this type of crime is great. Given the prevalence of violent crime in this region, the need to deter others from similar crimes is especially important. Furthermore, the recommended sentence protects the public from further crimes by the defendant, for at least as long as he remains in prison. The recommended term of incarceration and a period of supervised release should deter the defendant from future crime and will impose conditions which will address his addition issues. Moreover, if not deported as the defendant will effectively be under court related oversight for a lengthy period of time and the public will be protected.

   **5.  The Need to Provide the Defendant with Training, Medical Care or Correctional Treatment**

There is no demonstrated need to adjust the sentence in order to provide the defendant with needed educational or vocational training, medical care or additional treatment that cannot be adequately addressed by the Bureau of Prisons during incarceration. Should the defendant wish to avail himself of the Bureau of Prisons', or U.S. Probation Office's, offerings for drug and mental

health treatment, the government's recommended sentence will not inhibit those efforts. As noted in the presence report the defendant has a documented substance abuse history, and the government therefore would support having a substance abuse treatment condition included within the defendant's eventual release terms.

### 6. The Need to Avoid Unwarranted Sentence Disparities Among Similarly Situated Defendants

Adherence to the recommended guideline range is generally the best course for assuring that the defendant's sentence is consistent with those imposed nationwide on similarly situated offenders. Here, in accordance with the terms of the plea agreement entered by the parties, the government requests that the Court impose the top of the applicable range.

### 7. Restitution

The presentence report accurately reports the requests of the victim owners' regarding restitution. Regarding 507 Outfitters, owner P.R. reported a $1,000 insurance deductible, as well as lost sales of $2,500, for a total loss of $3,500. PSR ¶ 24. Regarding Eastern Arms and Outfitters, owner M.S. reported a loss of $7,298.00 not covered by insurance, which included $2,798.00 to replace the garage door as well as $4,500 in lost sales. Finally, DB Firearms owner D.B. reported total losses of approximately $16,000 including a $1,000 insurance deductible and $15,000 in lost sales. As such the government requests that restitution in the amount of $26,000.

## VII. CONCLUSION

Therefore, in sum, all of the appropriate considerations of sentencing favor the imposition of a sentence of 63 months' imprisonment, three years' supervised release, a $400 special assessment and restitution in the amount of $26,798.00

Respectfully submitted,

DAVID METCALF
United States Attorney


 /s/ Maureen McCartney.
Maureen McCartney.
Assistant United States Attorney

Date:   April 30, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Sentencing Memorandum has been served by electronic filing upon counsel for the Defendant:

        Jon Han, Esquire
        jhan@highswartz.com

                                      /s/ Maureen McCartney.
                                      Maureen McCartney
                                      Assistant United States Attorney

Date: April 30, 2025